UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Victor B. Perkins, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 11 1405
 )
Barack Obama *et al.*, )
 )
      Defendants. )

FILED AUG - 4 2011 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the IFP application and dismiss the case. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is civilly committed at the Federal Medical Center in Rochester, Minnesota. *See Perkins v. Beeler*, 207 Fed. Appx 262, 2006 WL 3473974 (4th Cir. 2006). He sues numerous high-profile officials, including President Barack Obama, Secretary of State Hillary Clinton, and Attorney General Eric Holder, and such celebrities as Oprah Winfrey, Katie Couric, and Tom Brokaw. Plaintiff captions the complaint: "Wrongful Imprisonment as the Direct Result of Attempted Murder, Threats of Bodily Harm, Bodily Injury, Negligence, Cruel and Unusual Punishment." He claims, among other bizarre acts, that the defendants are persecuting him "because of his sincere [religious] beliefs that he is the last messenger of Lord God Allah in which the defendants have given him tainted medications in an attempt to cause him to have a stroke . . . ." Compl. at 4 (page number supplied).

A complaint may be dismissed as frivolous when it describes fantastic or delusional scenarios, contains "fanciful factual allegation[s]," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), or lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of*



*Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

DATE: July 20th, 2011

/s/ Colleen Kollar-Kotelly
United States District Judge